EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| José Damián Frontera Enseñat | 2001 TSPR 8 |

Número del Caso: TS-7635

Fecha: 19/enero/2001

Oficina de Inspección de Notarías:

Lcda. Carmen H. Carlos
Directora

Abogado de la Parte Querellada:

Lcdo. Luis Roberto Santos

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José Damián Frontera Enseñat

TS-7635

**RESOLUCION**

San Juan, Puerto Rico, a 19 de enero de 2001

Atendido el Informe de la Oficina de Inspección de Notarías, de fecha 4 de diciembre de 2000, y la réplica al mismo radicada por el querellado, se ordena la reinstalación al ejercicio de la abogacía de José Damián Frontera Enseñat. Queda vigente la suspensión indefinida de éste del ejercicio de la notaría. El mencionado abogado deberá corregir prontamente las deficiencias notariales señaladas.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García y el Juez Asociado señor Hernández Denton no intervinieron. El Juez Asociado señor Rivera Pérez inhibido.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo